UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 6:22-cr-010-006 |
| v.  ) | |
| ) | |
| DANIEL ROBLES-MUNIZ  ) | |

ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, with prejudice, the Indictment is GRANTED.

The Indictment (Doc. 3) and associated arrest warrant against Defendant Daniel Robles-Muniz are hereby dismissed with prejudice.

So ORDERED, this ___11th___ day of July 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA